STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 14, 2024

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rodriguez v. Ashong, et al.*, 24-CV-5349 (LAP)

Dear Judge Preska:

I am a Section Chief in the State of New York Office of the Attorney General. While this Office does not yet represent any Defendants in this action, I write, pursuant to this Office's obligations under Public Officer's Law ("POL") § 17(2)(c) to protect Defendants from an entry of default, to respectfully request that their time to answer or move with respect to Plaintiff's Complaint be extended, *sua sponte*, from August 20-22, 2024 until October 21, 2024. Plaintiff opposes this request.

According to a review of the docket sheet, Defendant Carol Moores was served with process on or about July 30, 2024 and her answer is therefore due on or about August 20, 2024, (Dkt. No. 13); Defendant Mary Ashong was served with

process on or about July 31, 2024 her answer is therefore due on or about August 21, 2024, (Dkt. No. 11); and Defendant Hla-Pe Win was served with process on or about August 1, 2024 and her answer is therefore due on or about August 22, 2024, (Dkt. No. 12). As of the filing of this motion, requests for representation have been received from Defendants Ashong and Win.

This Office is, and has been, moving expeditiously, but additional time is nonetheless needed. This Office must receive requests for representation from each served Defendant, and then complete its statutorily required representational analysis for each served Defendant before it may appear on behalf of State employees in a civil action. Moreover, due to conflicts arising from the related case of *Allen v. Koenigsmann, et al.*, 19-CV-8173 (LAP), and other related actions, additional time is required to conduct the necessary representational and conflict analyses. To the extent that this Office must certify Defendants for outside counsel at the State's expense, additional time is also required for Defendants to retain outside counsel and respond to Plaintiff's Complaint.

On August 13, 2024, once the first request for representation was received, the undersigned sought Plaintiff's consent for this request. Plaintiff responded on August 14, 2024 that he would only agree "if Defendants agree to a stipulated order providing for a *de bene esse* deposition of Mr. Rodriguez during the week of September 9." Absent Defendants' agreement, Plaintiff stated that he opposes this

motion. As I explained to Plaintiff's counsel, because this Office does not yet represent any Defendant, we are unable to agree to such a demand.

I therefore respectfully request that Defendants' time to answer or move with respect to Plaintiff's Complaint be extended, *sua sponte*, until October 21, 2024. This is the first request for an extension of time to respond to Plaintiff's Complaint. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/Suzanna Publicker Mettham
Suzanna Publicker Mettham
Section Chief
Suzanna.Mettham@ag.ny.gov
(212) 416-6295

cc: Counsel of Record (via ECF)