UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

ANGEL RODRIGUEZ,

              Plaintiff,

-against-

MARY ASHONG, et al.,

              Defendants.

No. 24-CV-5349 (LAP)

ORDER

----

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter motion filed by Plaintiff regarding his request to schedule a de bene esse deposition during the week of September 9, 2024, (see dkt. no. 16). Counsel for interested party New York State Office of the Attorney General is ordered to respond to Plaintiff's letter motion no later than August 27, 2024.

**SO ORDERED.**

Dated:    August 23, 2024
             New York, New York

                                        */s/ Loretta A. Preska*
                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge