```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>                   Plaintiff,<br><br>-against-<br><br>MARY ASHONG, et al.,<br><br>                   Defendants. | No. 24-CV-5349 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letters filed Plaintiff and by Defendant Carol Moores, (see dkt. nos. 25-27), regarding the de bene esse deposition of Plaintiff that the Court had previously ordered the parties to undertake during the week of September 23, 2024, (see dkt. no. 23).

    The Court is pleased to hear Plaintiff's medical condition has improved since he first filed the instant action. However, Plaintiff notes that no doctor has informed him that his cancer is in remission and states further that he is still receiving palliative care. (See dkt. no. 27 at 3.) Given the state of Plaintiff's health, the Court hereby orders the parties, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to take the deposition of Plaintiff Angel Rodriguez, DIN No. 16-A-4470, de bene esse on October 1, 2024, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or

of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located.  Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

    The Clerk of the Court is directed to close docket entry 27.

**SO ORDERED.**

Dated:   September 19, 2024
        New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge