USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RODRIGUEZ,

　　　　　　　　　　　　　　　　Plaintiff,

-vs-

MARY ASHONG, et. al.,

　　　　　　　　　　　　　　　　Defendants.

**ORDER TO PRODUCE**

**ECF CASE**

**No. 24-cv-05349 (LAP)(SN)**

TO:　**Superintendent**
　　　**MOHAWK CORRECTIONAL FACILITY**
　　　**6514 Route 26**
　　　**Rome, NY  13442**

**WHEREAS** ANGEL RODRIGUEZ # 16A4470 must attend a settlement conference telephonically with this Court on Wednesday, March 25, 2026, at 10:00 am; and

**WHEREAS** Mr. Rodriguez is currently in custody in the Walsh Regional Medical Unit at Mohawk Correctional Facility in Rome, New York.

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF MOHAWK CORRECTIONAL FACILITY shall produce Angel Rodriguez to the location of secure, unmonitored telephone in Mohawk Correctional Facility by 10:00 am on March 25, 2026 and allow him to use the telephone line until the Court dismisses him from the proceedings;

FURTHER, IT IS ORDERED that the SUPERINTENDENT OF MOHAWK CORRECTIONAL FACILITY shall ensure that a member of his staff coordinates through Plaintiff's Counsel, Smith, Gambrell, and Russell, LLP, to share a telephone number at which counsel can reach Mr. Rodriguez for the proceedings.

FURTHER, IT IS ORDERED that the SUPERINTENDENT OF MOHAWK CORRECTIONAL FACILITY shall make any necessary arrangements to ensure that Mr. Rodriguez receives any medication that is required or scheduled to receive during the scheduled time of the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 9, 2026
　　　New York, New York

SGR/81780635.1